Alan Stuart Graf, OSB # 92317
peopleslawyer@qwest.net
Kimberly K. Tucker, OSB # 02106
kktpeopleslawyer@qwest.net
Alan Stuart Graf, P.C.
1020 SW Taylor St. Ste. 230
Portland Oregon 97205-2555
Telephone: (503) 452-2375
Fax: (503) 464-9821
Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| MARY T. ALGER, | CV 04-6430-AA |
| Plaintiff, | |
| v. | STIPULATED ORDER |
| | FOR DISMISSAL |
| JO ANNE B. BARNHART | |
| Commissioner of Social Security, | |
| Defendant. | |

Based on the stipulation of the parties, the court hereby ORDERS that this action be dismissed. Neither party shall collect any costs or fees associated with this matter.

DATED this ⅔⁰ day of _October_ , 2005.

_____
United States District Judge

Presented by:

 /s/ Kimberly K. Tucker
Alan Stuart Graf, P.C.
Attorney for Plaintiff